**MARTIN G. McCARTHY, P.A.**
420 S. Dixie Highway, Ste. 211, Coral Gables FL 33146
Telephone: (305) 522-6224 / Facsimile: (866) 676-4671
Email: mccarthy@myattorneyservices.com

May 4, 2026

Via Federal Express Overnight Delivery

**Ms. Baheya Ali Omar Qushair**

5460 NW 49th Ave.

Coconut Creek, FL 33073

**Re: Demand for Retraction and Correction Pursuant to Florida Statute § 770.01 — Pre-Suit Notice of Defamation Claims**

Dear Ms. Baheya Ali Omar Qushair:

This law firm represents Mr. Rami Bezrah, Mr. Amr Rami Bezrah, and his Minor Children ("Clients") in connection with false and defamatory statements published by you on multiple social media platforms. This letter constitutes formal written notice pursuant to Florida Statute § 770.01 and a demand for immediate retraction and correction.

## I. THE DEFAMATORY PUBLICATIONS

On or about **April 11, 2026, April 12, 2026, and on various other dates**, you published, posted, or caused to be published the following false and defamatory statements on the following social media platforms:

**Platforms:**

- Facebook account: "Adv Baheya Qushair" — https://www.facebook.com/share/18hyM8AKA8/?mibextid=wwXIfr

- Instagram account: "baheya_aq" — https://www.instagram.com/baheya_aq?igsh=MWl5eDgzb3lqbDRxeg==

- TikTok account under the same identity

**The defamatory statements include, verbatim and/or in substance, the following:**

**Statement 1 (published on or about April 11–12, 2026):**

*Accusations that Mr. Rami Bezrah engages in sodomy (liwat), participates in group sexual acts, photographs young women during sexual encounters for purposes of blackmail and extortion.*

**Statement 2:**

*Allegations that the children are being incited against their mother by their father.*

**Statement 3 (incitement of Palestinian merchants and authorities):**

*A public call directed at merchants and authorities in Nablus and the West Bank, falsely accusing Mr. Bezrah of corruption and urging them to act against him.*

**Statement 4 (defamation of paternal grandmother by name):**

*False and defamatory statements targeting Mr. Bezrah's mother, Amal Makawi, by name, alleging she is mentally unstable, that she is aware of her son's alleged homosexuality, conceals it, and recruits men for her daughter-in-law in order to produce a male child.*

**Statement 5 (false accusations of commercial fraud):**

*False allegations that Mr. Bezrah is accused of currency counterfeiting and bribery, and that the Palestinian Authority is concealing his crimes.*

**Statement 6 (obstruction of children's communication):**

*False public statement claiming that the children are being prevented from communicating with their mother.*

**Statement 7 (U.S. Embassy visa interview):**

*Public statement claiming she wants the children to attend a U.S. Embassy interview in China solely for visa purposes, stating it is not necessary for them to live with her or even greet her.*

## II. THE STATEMENTS ARE FALSE AND DEFAMATORY

Each of the above-identified statements is entirely false, without factual basis, and was made with reckless disregard for the truth. Specifically:

**As to Statements 1, 4, and 5 (moral and commercial defamation of Mr. Bezrah and his family):**

Mr. Rami Bezrah's moral character and commercial reputation are entirely unblemished. He maintains an excellent commercial reputation across Palestine, Israel, and China, where he has conducted business with integrity and distinction. He was previously married to the Respondent, with whom he has four children, and his conduct throughout that marriage and thereafter has been beyond reproach. These allegations are wholly fabricated. Supporting witnesses are available. Similarly, Mr. Bezrah's mother, Amal Makawi, is a woman of sound mind and upstanding character who has provided devoted care to the children both in Palestine and in China, where she traveled to support her grandchildren for extended periods. The paternal aunts (sisters of Mr. Bezrah), who were also defamed in these publications, each spend their summer vacations with the children in China and enjoy a warm and loving relationship with them.

**As to Statement 2 (allegations of parental alienation):**

The children — ages 18, 16, 14, and 8 — were sent to their father in China with their mother's full and voluntary consent. Over time, the children independently came to understand the reality of their mother's repeated abandonment of parental responsibilities, her repeated attempts to provoke conflict when contacting them, and her own statement made to the eldest child at the airport upon sending them: "My role is to live my own life." The children's reluctance to maintain contact with their mother is the result of her own conduct, not parental alienation by the father.

Furthermore, it is worth noting that the eldest child has **expressly refused to attend the U.S. Embassy visa appointment**, a decision made independently and directly attributable to the Respondent's own conduct. The Respondent's recent public pressure campaigns directed at the children — including live broadcasts and social media posts designed to coerce their attendance at the consular interview — have only served to further estrange the children from their mother. The eldest child's refusal reflects not parental alienation, but the children's own informed response to the Respondent's continuing pattern of emotional manipulation and public harassment of the family. In accordance with proper consular protocol, **a formal letter of apology and explanation was submitted to the U.S. Embassy** on behalf of the eldest child, setting forth the reasons for his inability to attend the scheduled interview. This communication was made in good faith and through appropriate channels, and stands as further evidence that the family has acted responsibly and transparently with respect to all consular proceedings.

**As to the Father's Custodial Authority and Opposition to Relocation:**

**Mr. Rami Bezrah has held full and exclusive legal custody of the Minor Children for the past five (5) years**, pursuant to a duly issued custodial order. In his formal capacity as the children's sole legal custodian, Mr. Bezrah does not consider it appropriate or in the best interests of his children to transfer their care and residence to the Respondent at this time. The Respondent currently resides in the United States under refugee status, and her present circumstances — including the uncertainty of her immigration status and the absence of a stable, verified living environment — raise serious concerns as to her capacity to provide the children with a sound, wholesome, and appropriate upbringing. Mr. Bezrah, as the children's legal guardian, reserves all rights to oppose any proceedings, applications, or consular actions that seek to remove or relocate the children without his consent and contrary to the existing custodial order.

**As to Statement 3 (incitement of Palestinian merchants and authorities):**

Mr. Bezrah has no involvement in currency counterfeiting, bribery, or any unlawful commercial activity. The public incitement of Palestinian merchants and Israeli and Palestinian authorities against him on false commercial pretenses constitutes defamation per se and exposes him to significant business and personal harm in the West Bank.

These false statements have been published to third parties and have caused, and continue to cause, substantial injury to Mr. Bezrah's reputation, professional standing, personal and business relationships. Further, the Minor Children have been exposed to unconscionable and untrue allegations of a sexual nature, causing them to be ostracized in their community and subjected to malicious attacks. As a direct result of the wide dissemination of Respondent's videos and live broadcasts on social media, the Minor Children have suffered significant embarrassment and social harm, and are now unable to face their peers, classmates, and social circle without shame and humiliation caused solely by their mother's public conduct. The defamatory statements about their grandmother and aunts have also caused severe emotional distress to the entire family.

## III. DEMAND FOR RETRACTION

Pursuant to Florida Statute § 770.02, you are hereby demanded to publish a full and fair correction, apology, and retraction of each of the above-identified false statements within **five (5) days** of your receipt of this notice, in as conspicuous a place and type as the original publication. The retraction must:

- Identify the original false statements;
- Affirmatively state that those statements were false;
- Retract and withdraw those statements in their entirety; and
- Be published in the same medium, location, and with the same prominence as the original defamatory publication.

Additionally, we demand that all offending content be immediately removed from all online platforms, websites, and social media accounts — including Facebook, Instagram, and TikTok — where it currently appears, pending publication of the required retraction.

## IV. NOTICE OF INTENT TO SUE

Be advised that if you fail to publish the required retraction within the time period prescribed by § 770.02, Mr. Rami Bezrah, Mr. Amr Rami Bezrah, and his Minor Children intend to pursue all available legal and equitable remedies against you, including but not limited to a civil action for defamation/libel, tortious interference with business relations, invasion of privacy, fraud, and any other claims supported by the facts. In that event, we will seek actual damages, general damages, punitive damages, and attorneys' fees and costs to the full extent permitted by Florida law.

Your failure to retract will be cited as evidence of actual malice and will be considered in connection with any claim for punitive damages.

## V. PRESERVATION OF EVIDENCE

You are further notified to immediately preserve all documents, communications, data, and electronically stored information relating to the subject statements, including drafts, source materials, communications with third parties, and records of dissemination. Destruction of any such materials may give rise to spoliation sanctions.

Please direct your response to the undersigned no later than five (5) days from your receipt of this Demand Letter.

Regrettably Yours,

*/s/ Martin G. McCarthy*

**Martin G. McCarthy, Esq.**

Fla. Bar No. 149896

mccarthy@myattorneyservices.com

Copies to: Mr. Rami Bezrah