**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-61584-MIDDLEBROOKS

RAMI GHASSAN BEZRAH, et al.,

Plaintiffs,

v.

BAHIEH ALI OMAR QUSHAIR,

Defendant.

_______________________________________/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on Plaintiffs' Notice of Voluntary Dismissal without Prejudice, filed September 14, 2026. (DE 10). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE.**
2. The Clerk of Court shall **CLOSE THIS CASE.**
3. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 15 day of September, 2026.

Donald M. Middlebrooks
United States District Judge

cc:

Counsel of Record